**2002–1775.  Toledo Bar Assn. v. Neller.**

Reported at 98 Ohio St.3d 314, 2003-Ohio-774, 784 N.E.2d 689. On motion for reconsideration filed pro se. Motion denied.

O'DONNELL, J., not participating.

**2002–2175.  Sherred v. Estate of Koon.**

Franklin App. No. 02AP–325, 2002-Ohio-6562. Reported at 99 Ohio St.3d 211, 2003-Ohio-3140, 790 N.E.2d 329. On motion for reconsideration. Motion denied.

F.E. SWEENEY and PFEIFER, JJ., dissent.

O'DONNELL, J., not participating.

**2003–0234.  Sifco Industries, Inc. v. Safety Natl. Cas. Corp.**

Cuyahoga App. No. 81202, 2002-Ohio-6511. Reported at 99 Ohio St.3d 302, 2003-Ohio-3630, 791 N.E.2d 458. On motion for reconsideration. Motion denied.

O'DONNELL, J., not participating.

**2003–0455.  Bonacorsi v. Wheeling & Lake Erie Ry. Co.**

Stark App. No. 2003CA00038. Reported at 99 Ohio St.3d 1452, 2003-Ohio-3396, 790 N.E.2d 1217. On motion for reconsideration. Motion denied.

O'DONNELL, J., not participating.

**2003–0619.  Long v. Rhein.**

Clermont App. Nos. CA2002–02–007 and CA2002–02–008, 2003-Ohio-711. Reported at 99 Ohio St.3d 1453, 2003-Ohio-3396, 790 N.E.2d 1217. On motion for reconsideration. Motion denied.

O'DONNELL, J., dissents.

**2003–0681.  Panta v. Cincinnati Ins. Co.**

Cuyahoga App. No. 81563, 2003-Ohio-762. Reported at 99 Ohio St.3d 1454, 2003-Ohio-3396, 790 N.E.2d 1218. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

**2003–0743.  Holiday Properties Acquisition Corp. v. Lowrie.**

Summit App. Nos. 21055 and 21133, 2003-Ohio-1136. Reported at 99 Ohio St.3d 1467, 2003-Ohio-3669, 791 N.E.2d 983. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

**2003–0761.  Campbell v. Mt. Vernon.**

Knox App. No. 03CA9. Reported at 99 Ohio St.3d 1468, 2003-Ohio-3669, 791 N.E.2d 983. On motion for reconsideration. Motion denied.

**2003–0849.  State v. McCall.**

Mahoning App. No. 99CA283, 2003-Ohio-1603. Reported at 99 Ohio St.3d 1470, 2003-Ohio-3669, 791 N.E.2d 984. On motion for reconsideration. Motion denied.

**2003–0905.  State v. McCladdie.**

Cuyahoga App. No. 81387, 2003-Ohio-1726. Reported at 99 Ohio St.3d 1470, 2003-Ohio-3669, 791 N.E.2d 984. On motion for reconsideration. Motion denied.

**2003–0920.  State v. Murrell.**

Hamilton App. No. C–020333, 2003-Ohio-2068. Reported at 99 Ohio St.3d 1470, 2003-Ohio-3669, 791 N.E.2d 984. On motion for reconsideration. Motion denied.

**2003–1104.  Baumgartner v. Emahiser.**

In Habeas Corpus. Reported at 99 Ohio St.3d 1466, 2003-Ohio-3669, 791 N.E.2d 982. On motion for reconsideration. Motion denied.